ARCH R. SAMPSON, Respondent, v. NELSON Z. GRAVES, Appellant.— Judgment

and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.